1  3BRODSKY MICKLOW BULL & WEISS LLP
   Kurt Micklow, State Bar No. 113974
2  Edward M. Bull, III, State Bar No. 141996
   384 Embarcadero West, Suite 200
3  Oakland, CA 94607
   Tel: (510) 268-6180
4  Fax:   (510) 268-6181

5  Attorneys for Plaintiff
   CRAIG HEIHN

*IT IS SO ORDERED*
*Judge Edward J. Davila*
6/15/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG HEIHN, | ) CASE 5:11 CV-01277 EJD |
| | ) |
| Plaintiff, | ) **STIPULATION TO DISMISS** |
| vs. | ) [F.R.C.P Rule 41(a)(1)(ii)] |
| BRUSCO TUG & BARGE, INC., BRUSCO MARITIME COMPANY and DOES 1 through 10, inclusive, *in personam,* and the Towing Vessel JACK BRUSCO, and her engines, tackle, apparel, etc., *in rem,* | ) |
| Defendants. | ) |
| _____ | ) |

  WHEREAS the parties to this action have agreed to a settlement of all claims,

///
///
///
///
///

1  IT IS HEREBY STIPULATED by and between the parties through their respective
2 counsel of record herein that this action be dismissed with prejudice pursuant to Rule
3 41(a)(1) of the Federal Rules of Civil Procedure.
4  The Clerk shall close this file.

5 DATED: June 10, 2011           BRODSKY MICKLOW BULL & WEISS LLP

                                By:  /s/ Kurt Micklow
                                        Kurt Micklow

                                Attorneys for Plaintiff
                                CRAIG HEIHN

10 DATED: June 13, 2011          COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

                                By:  /s/ Max L. Kelley
                                        Max L. Kelley

                                Attorneys for Defendants
                                BRUSCO TUG & BARGE, INC., and BRUSCO
                                MARITIME COMPANY